Hillsborough, }
June 4, 1918. }

## MAX BLANKENBERG *v.* GEORGE MARKARIAN.

A notice to quit under the landlord and tenant act is not invalidated by the fact that it contains a further notice of increase of rent from the date of giving such notice.

APPEAL, from the municipal court of Nashua in an action for the possession of premises under the landlord and tenant act. The court denied the defendant's motion to dismiss the action and the defendant excepted. Transferred from the September term, 1917, of the superior court by *Marble*, J. The facts sufficiently appear from the opinion.

*Frederick J. Gaffney* and *Doyle & Lucier* (*Mr. Lucier* orally), for the plaintiff.

*Markar G. Markarian* and *Cobleigh & Theriault* (*Mr. Cobleigh* orally), for the defendant.

WALKER, J.   April 2, 1917, the plaintiff  served a notice on the defendant to quit the premises on the third day of May, 1917, which it is conceded was sufficient, unless the fact that upon the same piece of paper there was another notice, addressed to the defendant and signed by the plaintiff, of an increase of the rent from April 2, renders the first notice void.   This is the only question raised by the exception to the ruling denying the defendant's motion to dismiss the action.   The result claimed by the defendant does not follow as a matter of law.   The notice for an increase of the rent to begin at once, is not necessarily inconsistent with the notice to quit in thirty days;  nor is it, unassented to by the tenant, a waiver of the first notice.

*Exception overruled.*

All concurred.